# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

ALBERT McHAN                                                    PETITIONER

v.                                    No. 4:16-cv-786-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

## ORDER

On further *de novo* review, the Court concludes that it made a mistake in its Order filed today, № 14, on the recommendation, № 12. The Magistrate Judge considered and addressed the *Martinez/Trevino* issue, № 12 at 10 n.9. The Court overlooked this footnote. And McHan has not objected because the Georgia records confirm that his aggravated assault conviction remained in the books. № 13. In these circumstances, McHan can't show the prejudice needed to make out a substantial ineffective assistance claim; so *Martinez/Trevino* provides him no help. Recommendation, № 12, adopted in full. McHan's *habeas* petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

_DPMarshall Jr._
D. P. Marshall Jr.
United States District Judge

_25 April 2017_