IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ALBERT McHAN                                                    PETITIONER

v.                          No. 4:16-cv-786-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                               RESPONDENT

## JUDGMENT

McHan's petition is dismissed with prejudice.

*WPMarshallJr.*
D. P. Marshall Jr.
United States District Judge

25 April 2017